~~STEVEN J. ROTHANS – State Bar No. 106579~~
~~JILL WILLIAMS – State Bar No. 221793~~
~~STEVEN J. WYSOCKY – State Bar No. 271257~~
~~CARPENTER, ROTHANS & DUMONT~~
~~888 S. Figueroa Street, Suite 1960~~
~~Los Angeles, CA 90017~~
~~(213) 228-0400 / (213) 228-0401 [Fax]~~
~~srothans@crdlaw.com / jwilliams@crdlaw.com / swysocky@crdlaw.com~~

Attorneys for Defendants

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER PEREZ ALVARADO, a minor, individually and as heir at law and successor in interest to the Estate of ELMER ALEXANDER PEREZ, by and through his Guardian ad Litem, DIANA ALVARADO; ELMER PEREZ ALVARADO, a minor individually as an heir at law and successor in interest to the Estate of ELMER ALEXANDER PEREZ, by and through his Guardian ad Litem, DIANA ALVARADO<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SANTA ANA, et al.,<br><br>Defendants. | Case No. SACV 12-00328 JGB (ANx)<br><br>~~[PROPOSED]~~ PROTECTIVE ORDER RE: ORANGE COUNTY PROBATION AND SHERIFF'S DEPARTMENT RECORDS |

IT IS HEREBY ORDERED, following stipulation of counsel, as follows:

The protective order shall govern the disclosure of all documents maintained by the Orange County Probation and Sheriff's Department pertaining to Elmer Alexander Perez in the lawsuit entitled *Alexander Perez Alvarado v. The City of Santa Ana*, bearing case number SACV 12-00328 JGB (ANx)

    1.    All documents produced by OC Probation or OCSD will be clearly

- 1 -

1 designated as "CONFIDENTIAL" and be placed in an envelope labeled as such prior to the disclosure or production of such "Responsive Records". All Responsive Records shall be subject to this Protective Order as declared herein.

2. The Responsive Records produced by OC Probation and/or OCSD pursuant to this Protective Order shall be used solely in connection with the case of *Alexander Perez Alvarado, et al. v. the City of Santa Ana, et al.*, Case No. SACV 12-00328 JGB (ANx), including any associated appellate proceedings and collateral review, and not for any other purpose;

3. The Responsive Records produced and all information contained therein, may only be disclosed to the following "qualified" persons:

   (a) Counsel of record for the parties to this civil litigation

   (b) Plaintiffs, the Guardian Ad Litem or similar representative of any plaintiff, and Defendant City of Santa Ana and its employees;

   (c) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a); and, investigators, expert witnesses and other persons legitimately involved in litigation-related activities for the counsel of record.

   (d) Court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action.

4. The confidential information may be disclosed to the Court and court personnel, in connection with this litigation. Responsive Records that a party intends to use in support of or in opposition to a pre-trial filing with the Court must be filed in accordance with the Central District of California Local Rules relating to under seal filings, including Local Rule 79-5. Counsel intending to use information from the Responsive Records must both (a) apply to submit unredacted documents containing information from the Responsive Records under seal and (b) file public versions of the same documents with the information from the Responsive Records redacted.

5.  In the event this matter proceeds to trial, to the extent that any of the Responsive Records are offered into evidence, those Responsive Records will become public, unless sufficient cause is shown in advance of trial to proceed otherwise.

6.  Any person attending a deposition where the documents are used or referenced who is not covered by this protective order shall be removed from the deposition.

7.  If the City or any other party subsequently seeks to take the deposition of Person Most Knowledgeable from OC Probation or OCSD or any Probation Officers or Sheriff Deputies, the original and any copies of any resulting deposition transcript(s) and any and all attached exhibits shall be sealed.  The court reporter shall agree to seal the transcript(s) and abide by the terms of this Protective Order.  Further, all such deposition transcripts and exhibits are subject to all terms of this Protective Order and shall be treated in the same manner as Responsive Records.

8.  The production of Responsive Records pursuant to this Protective Order shall not be deemed a waiver of the federal investigation privilege for any future purpose;

9.  At the conclusion of this matter, whether through trial, appeal, collateral review, or other final disposition, all Responsive Records produced pursuant to the subpoena and this Protective Order, and all copies, <u>shall be destroyed or returned to the agency that produced the records</u> at the option of the attorneys of record for a party to the present action who received the Responsive Records.

10.  The Protective Order may not be modified unless by written consent of the parties hereto (including non-parties OC Probation and OCSD) **and** approval of the Court.  Any party hereto may move for a modification of this Order at any time.

///

1        11.    The Protective Order is made for the purpose of ensuring that the
2 Responsive Records and the information contained therein will remain
3 confidential.

## GOOD CAUSE

5        The parties, OC Probation, and OCSD, through their counsel of record,
6 submit that GOOD CAUSE exists to preserve the confidentiality of the records
7 governed by this stipulation, where the documents consist of documents
8 maintained in confidential files that are not open to the public and are protected by
9 California law and the Official Information Privilege.  The County of Orange has
10 generated and collected the records governed by this stipulation and has
11 maintained the strictest confidentiality with respect to all of the materials requested
12 (OC Probation and OCSD records, including medical records).  It is the County of
13 Orange's position – as outlined in the joint stipulation – that disclosure of the
14 records would violate the right to privacy as protected by several state statutory
15 provisions and the California and United States Constitutions.  The parties submit
16 that a protective order governing these documents will serve to balance this right
17 of privacy with the right to discovery in this litigation.

IT IS SO ORDERED.

DATED: March 18, 2013

_____
Honorable Arthur Nakazato
United States District Court Magistrate Judge