FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Sh  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER PEREZ ALVARADO, a minor, individually and as heir at law and successor in interest to the Estate of ELMER ALEXANDER PEREZ, by and through his Guardian ad Litem, DIANA ALVARADO; ELMER PEREZ ALVARADO, a minor individually as an heir at law and successor in interest to the Estate of ELMER ALEXANDER PEREZ, by and through his Guardian ad Litem, DIANA ALVARADO<br><br>        Plaintiffs,<br><br>vs.<br><br>THE CITY OF SANTA ANA, et al.,<br><br>        Defendants. | Case No. SACV 12-00328 JGB (ANx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

Having reviewed the Stipulation Re: Protective Order For Production of Orange County District Attorney Records, and GOOD CAUSE APPEARING THEREFOR, the Stipulation shall be the Order of the Court.

IT IS SO ORDERED.

DATED: March 19, 2013

_____
Honorable Arthur Nakazato
United States Magistrate Judge

- 1 -

[~~PROPOSED~~] PROTECTIVE ORDER