# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 12-00328-JGB(ANx) |
| Title: | A.P.A., et al. -v- The City of Santa Ana, et al. |
| Date | April 30, 2014 |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| Wendy Rogers | Theresa Lanza |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Federico Castelan Sayre | Steven J. Rothans |
| | Mark D. Rutter |
| | Jill Williams |

___ Day Court Trial    5th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    X  Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by

X  Witnesses called, sworn and testified.    X  Exhibits Identified    X  Exhibits admitted.

X  Plaintiff(s) rest.    X  Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.

___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.

___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.

___ Jury polled.    ___ Polling waived.

___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.

___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted.    Briefs to be filed by ___

___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.

X  Motion for Judgment/Directed Verdict by  Defendant  is ___ granted. ___ denied. X submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to  Thursday, May 1, 2014 at 8:00 a.m.  for further trial/further jury deliberation.

X  Other:  The Jury is ordered to return on May 1, 2014 at 9:00 a.m.

3 : 30

Initials of Deputy Clerk  wr

cc: