**STEVEN J. ROTHANS – State Bar No. 106579**
**MARK D. RUTTER – State Bar No. 058194**
**JILL WILLIAMS – State Bar No. 221793**
**CARPENTER, ROTHANS & DUMONT**
888 S. Figueroa Street, Suite 1960
Los Angeles, CA  90017
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / mrutter@crdlaw.com / jwilliams@crdlaw.com

JS-6

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER PEREZ ALVARADO, a minor, individually and as heir at law and successor in interest to the Estate of ELMER ALEXANDER PEREZ, by and through his Guardian ad Litem, DIANA ALVARADO; ELMER PEREZ ALVARADO, a minor individually as an heir at law and successor in interest to the Estate of ELMER ALEXANDER PEREZ, by and through his Guardian ad Litem, DIANA ALVARADO<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE CITY OF SANTA ANA, et al.,<br><br>　　　　　Defendants. | Case No. SACV 12-00328 JGB (ANx)<br><br>**JUDGMENT AFTER TRIAL BY JURY** |

　　　This action came on for trial on April 22, 2014, in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, the Honorable Jesus G. Bernal, United States District Judge, presiding.

　　　Plaintiffs Alexander Perez Alvarado and Elmer Perez Alvarado, minors, individually and as heirs at law and successor in interest to the Estate of Elmer

Alexander Perez, by and through their guardian ad litem, Diana Alvarado, were represented by Federico Castelan Sayre.

Defendants City of Santa Ana, Corporal Manuel Moreno, and Officers David Prewett, Brandon Sontag and Tony Lee were represented by Steven J. Rothans, Mark D. Rutter and Jill Williams of Carpenter, Rothans & Dumont.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. After the presentation of the evidence, the instructions of the Court, and the arguments of counsel, the case was submitted to the jury. The jury deliberated and, on May 2, 2014, returned to Court with its verdict as follows:

### SECTION 1983–FOURTH AMENDMENT CLAIM

**Question 1:** Did Corporal Manuel Moreno, Officer David Prewett, Officer Tony Lee, or Officer Brandon Sontag use excessive force against decedent Elmer Perez in violation of his Fourth Amendment right?

| | | |
|---|---|---|
| Corporal Manuel Moreno | Yes____ | No _X_ . |
| Officer David Prewett | Yes____ | No _X_ . |
| Officer Tony Lee | Yes____ | No _X_ . |
| Officer Brandon Sontag | Yes____ | No _X_ . |

### SECTION 1983–FOURTEENTH AMENDMENT CLAIM

**Question No. 4:** Do you find that Corporal Manuel Moreno, Officer David Prewitt, Officer Tony Lee, or Officer Brandon Sontag acted in a manner which "shocks the conscience"?

| | | |
|---|---|---|
| Corporal Manuel Moreno | Yes____ | No _X_ . |
| Officer David Prewett | Yes____ | No _X_ . |
| Officer Tony Lee | Yes____ | No _X_ . |
| Officer Brandon Sontag | Yes____ | No _X_ . |

## WRONGFUL DEATH–NEGLIGENCE CLAIM

**Question No. 10:** Do you find that Corporal Manuel Moreno, Officer David Prewett, Officer Tony Lee, or Officer Brandon Sontag was negligent?

| | | |
|---|---|---|
| Corporal Manuel Moreno | Yes____ | No  X  . |
| Officer David Prewett | Yes____ | No  X  . |
| Officer Tony Lee | Yes____ | No  X  . |
| Officer Brandon Sontag | Yes____ | No  X  . |

## WRONGFUL DEATH–BATTERY CLAIM

**Question No. 16:** Do you find that Corporal Manuel Moreno, Officer David Prewett, Officer Tony Lee, or Officer Brandon Sontag intentionally caused Elmer Perez to be touched?

| | | |
|---|---|---|
| Corporal Manuel Moreno | Yes____ | No  X  . |
| Officer David Prewett | Yes____ | No  X  . |
| Officer Tony Lee | Yes____ | No  X  . |
| Officer Brandon Sontag | Yes____ | No  X  . |

Pursuant to the jury's verdict finding in favor of Defendants City of Santa Ana, Corporal Manuel Moreno and Officers David Prewett, Brandon Sontag and Tony Lee,

NOW, THEREFORE, IT IS ORDERD, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

1. Defendants City of Santa Ana, Corporal Manuel Moreno and Officers David Prewett, Brandon Sontag and Tony Lee, shall have judgment entered in their favor on the plaintiffs' claim for violations of Elmer Perez's Fourth Amendment rights under 42 U.S.C. § 1983 and plaintiffs shall take nothing;

2. Defendants City of Santa Ana, Corporal Manuel Moreno and Officers David Prewett, Brandon Sontag and Tony Lee, shall have judgment entered in

1 their favor on the plaintiffs' claim for violations of their Fourteenth Amendment
2 rights under 42 U.S.C. § 1983 and plaintiffs shall take nothing;

3      3.    Defendants City of Santa Ana, Corporal Manuel Moreno and Officers
4 David Prewett, Brandon Sontag and Tony Lee, shall have judgment entered in
5 their favor on the plaintiffs' state tort claim for wrongful death / negligence and
6 plaintiffs shall take nothing;

7      4.    Defendants City of Santa Ana, Corporal Manuel Moreno and Officers
8 David Prewett, Brandon Sontag and Tony Lee, shall have judgment entered in
9 their favor on the plaintiffs' state tort claim for wrongful death / battery and
10 plaintiffs shall take nothing; and,

11      5.    Defendants City of Santa Ana, Corporal Manuel Moreno and Officers
12 David Prewett, Brandon Sontag and Tony Lee shall recover costs of suit and
13 interest incurred herein, as provided by law.

DATED: May 23, 2014

_____
Honorable Jesus G. Bernal
U.S. District Court Judge

JS-6

- 4 -
[Proposed] JUDGMENT AFTER TRIAL BY JURY